PEOPLE EX REL. HOTEL MARTIN COMPANY OF UTICA, Respondent, against EDWARD V. DONOHUE et al., as Assessors of the City of Utica, Appellants.

Submitted July 19, 1945; decided October 4, 1945.

*Leo O. Coupe, Corporation Counsel* (*Michael Yust* of counsel), for motion.

*Moses G. Hubbard, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.